| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>PO Box 515381 #97627<br>Los Angeles, CA 90051-6681<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Bakaleinikoff, J Anthony | CASE NO.:  6:20-bk-10253 |
|---|---|
| | CHAPTER:  Chapter 7 |
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(C)]** |
| Debtor(s). | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☐ Schedule E/F      ☐ Schedule G
☐ Schedule H      ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Finanacial Affairs
☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☐ Master Mailing List
☑ Other (specify)   MEANS TEST.

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and orstatements are true and correct.

Date: 01 / 27 / 2020

_____
Debtor 1 Signature

_____
Signature of Debtor 2 (joint debtor) (if applicable)

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California
December 2015

**F 1007-1.1.AMENDED.SUMMARY**

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

23151 Moulton Parkway, Suite 131, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled (*specify*):  Summary of Amended Schedules, Master Mailing List, and/or Statements [LBR 1007-1(C)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1-17-20 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1-17-20 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Delivered to court per court manual instructions.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1-17-20 | Dave J. Guzman | |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | J Anthony | | Bakaleinikoff |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Central District of California | |
| Case number | 6:20-bk-10253 | | |

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **4 Bedroom, 2 Bath**
   Street address, if available, or other description

   **6645 Veneto Place**

   **Rancho Cucamonga, CA 91701**
   City                State        ZIP Code

   **San Bernardino**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Source of Value:
   www.zillow.com-Estimated Resale Value Post-Auction

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $749,000.00 | $749,000.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☑ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2 **21300 Via Verde St**
   Street address, if available, or other description

   **Covina, CA 91724**
   City                State        ZIP Code

   **Los Angeles**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other      Grave

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $2,800.00 | $2,800.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Grave Plot-Forest Lawn Diamond Bar**

   ☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................................................  → $751,800.00

Debtor 1    __J Anthony_____   ___Bakaleinikoff_____   Case number *(if known)* __6:20-bk-10253__
        First Name    Middle Name        Last Name

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
    - [ ] No
    - [x] Yes

| 3.1 | Make: | Toyota | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make:  **Toyota**  **Who has an interest in the property?** Check one.

Model:  **Tundra**
- [x] Debtor 1 only
- [ ] Debtor 2 only

Year:  **2005**
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Approximate mileage:  **170000**

Other information:
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$8,000.00**
Current value of the portion you own?  **$8,000.00**

If you own or have more than one, list here:

3.2  Make:  **Toyota**  **Who has an interest in the property?** Check one.

Model:  **Highlander**
- [x] Debtor 1 only
- [ ] Debtor 2 only

Year:  **2009**
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Approximate mileage:  **224000**

Other information:
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$6,000.00**
Current value of the portion you own?  **$6,000.00**

3.3  Make:  **Kia**  **Who has an interest in the property?** Check one.

Model:  **Spectra**
- [x] Debtor 1 only
- [ ] Debtor 2 only

Year:  **2005**
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Approximate mileage:  **68000**

Other information:
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$2,000.00**
Current value of the portion you own?  **$2,000.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    - [ ] No
    - [x] Yes

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number *(if known)* **6:20-bk-10253** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**4.1 Make:** Tracker Tahoe

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Model:**

**Year:** 2007

**Other information:**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................................... → $23,000.00

---

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........  | Household goods and furnishings | $650.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........  | Electronics | $650.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........  | Fishing equipment. | $600.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe........  | 8 Items | $2,500.00

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number (*if known*) **6:20-bk-10253** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........   | Clothes | $650.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........   | Jewelry | $1,500.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........   | 2 Cats, 2 Dogs | $4.00

14. Any other personal and household items you did not already list, including any health aids you did not list

☑ No
☐ Yes. Describe........

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here........................................................................................ →   $6,554.00

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................... Cash..............   $20,000.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

17.1. Checking account:   Bank of the West Easy Checking - 035-199646   $3,023.32

---

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | Bakaleinikoff | Case number *(if known)* 6:20-bk-10253 |
| --- | --- | --- | --- |
| | First Name   Middle Name | Last Name | |

| 17.2. Checking account: | Wells Fargo Way2Sav Checking | $1,500.00 |
| --- | --- | --- |
| 17.3. Savings account: | | |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | | |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| Tony B's Auto Transport, Inc. California Subchapter "S" Corporation Closed end of 16. | 100 % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..................

Issuer name:

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakalainikoff | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account
separately.

Type of account:        Institution name:

401(k) or similar plan:    401K _____        $1,815.00

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

Institution name or individual:

Electric:        _____        _____

Gas:        _____        _____

Heating oil:        _____        _____

Security deposit on rental unit:    _____        _____

Prepaid rent:        _____        _____

Telephone:        _____        _____

Water:        _____        _____

Rented furniture:        _____        _____

Other:        _____        _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____        _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number (if known) 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information...........

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company
of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

---

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

---

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.................

---

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.................

---

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..........

---

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................→    $26,338.32

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

---

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Debtor 1    **J Anthony**         **Bakaleinikoff**           Case number *(if known)* **6:20-bk-10253**

     First Name      Middle Name      Last Name

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

_____

**41. Inventory**

☑ No
☐ Yes. Describe........

_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                             % of ownership:

_____  _____%  _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

       ☑ No
       ☐ Yes. Describe........

_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
     information.........

_____  _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................➔

| | $0.00 |

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Debtor 1    __J Anthony_____Bakaleinikoff_____    Case number *(if known)* __6:20-bk-10253__
　　　　　　　First Name　　　　　Middle Name　　　　Last Name

46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

　　☑ No. Go to Part 7.

　　☐ Yes. Go to line 47.

|  |  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- | --- |

47.  Farm animals

　　*Examples:*　Livestock, poultry, farm-raised fish

　　☑ No
　　☐ Yes.........................　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

48.  Crops—either growing or harvested

　　☑ No
　　☐ Yes. Give specific
　　　　information.............　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

　　☑ No
　　☐ Yes.........................　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

50.  Farm and fishing supplies, chemicals, and feed

　　☑ No
　　☐ Yes.........................　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

51.  Any farm- and commercial fishing-related property you did not already list

　　☑ No
　　☐ Yes. Give specific
　　　　information.............　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
　　for Part 6. Write that number here**..................................................................................→    |  $0.00  |

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  Do you have other property of any kind you did not already list?

　　*Examples:*　Season tickets, country club membership

　　☑ No
　　☐ Yes. Give specific
　　　　information.............　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**..................................→    |  $0.00  |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Debtor 1    __J Anthony_____    __Bakaleinikoff_____    Case number *(if known)* __6:20-bk-10253__
              First Name        Middle Name            Last Name

**Part 8:  List the Totals of Each Part of this Form**

55.  Part 1: Total real estate, line 2 ..................................................................................➔           | $751,800.00 |

56.  Part 2: Total vehicles, line 5                                      $23,000.00

57.  Part 3: Total personal and household items, line 15              $6,554.00

58.  Part 4: Total financial assets, line 36                          $26,338.32

59.  Part 5: Total business-related property, line 45                  $0.00

60.  Part 6: Total farm- and fishing-related property, line 52         $0.00

61.  Part 7: Total other property not listed, line 54        +        $0.00

62.  Total personal property. Add lines 56 through 61............    | $55,892.32 |   Copy personal property total ➔  + | $55,892.32 |

63.  Total of all property on Schedule A/B. Add line 55 + line 62 ............................................................    | $807,692.32 |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | J Anthony | Bakaleinikoff |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | |
| Case number (if known) | 6:20-bk-10253 | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed  ☐ Not Employed | ☑ Employed  ☐ Not Employed |
| | Occupation | Self-Employed Driver | Customer Service |
| Include part time, seasonal, or self-employed work. | Employer's name | MRTNZ INC. | Alameda Company |
| Occupation may include student or homemaker, if it applies. | Employer's address | 9668 BRIARWOOD AVE | 1260 North Lakeview Avenue |
| | | Number Street | Number Street |
| | | Fontana, CA 92335 | Anaheim, CA 92807 |
| | | City      State    Zip Code | City      State    Zip Code |
| | How long employed there? | 2 years 2 months | 18 years |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.    $4,467.71 | $7,552.56 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +    $0.00 | +    $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.    $4,467.71 | $7,552.56 |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | **J Anthony** | | **Bakaleinikoff** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Yvonne** | | **Bakaleinikoff** | | |
| | First Name | Middle Name | Last Name | | Case number (if known) 6:20-bk-10253 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.............................................................→ 4. | $4,467.71 | $7,552.56 |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions          5a. | $0.00 | $504.17 |
| | 5b. Mandatory contributions for retirement plans          5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans          5c. | $0.00 | $167.77 |
| | 5d. Required repayments of retirement fund loans          5d. | $0.00 | $0.00 |
| | 5e. Insurance          5e. | $0.00 | $357.59 |
| | 5f. Domestic support obligations          5f. | $0.00 | $0.00 |
| | 5g. Union dues          5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____          5h. + | $0.00          + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.          6. | $0.00 | $1,029.53 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.          7. | $4,467.71 | $6,523.03 |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.          8a. | $4,500.00 | $0.00 |
| | 8b. Interest and dividends          8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.          8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation          8d. | $0.00 | $0.00 |
| | 8e. Social Security          8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____          8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income          8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: Income from All Other Sources          8h. + | $0.00          + | $500.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.          9. | $4,500.00 | $500.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse          10. | $8,967.71          + | $7,023.03          = | $15,990.74 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____          11. + $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies          12. $15,990.74

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain: _____

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | **J Anthony** | | **Bakaleinikoff** | |
|---|---|---|---|---|
| Debtor 2 | **Yvonne** | | **Bakaleinikoff** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 6:20-bk-10253

**1. Employment information for Debtor 2 or non-filing spouse**

Occupation _____

Employer's name     Felix Schoeller North America, Inc.

Employer's address     County Rte 2A P.O. Box 250
                       Number Street

Pulaski, NY 13142
City                State    Zip Code

How long employed there? _____

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | **J Anthony** | | **Bakalelnikoff** | |
|---|---|---|---|---|
| Debtor 2 | **Yvonne** | | **Bakalelnikoff** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 6:20-bk-10253

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $6,000.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $1,500.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $1,500.00 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $4,500.00 |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Fill in this information to identify your case:

| Debtor 1 | J Anthony | | Bakaleinikoff | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    **Central District of California**

Case number    **6:20-bk-10253**
(if known)

☑ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City        State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City        State  ZIP Code | | City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number (if known) 6:20-bk-10253 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $2,928.50 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $60,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $42,755.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ | _____ _____ _____ |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| Number       Street | | | | ☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| City       State    ZIP Code | | | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number       Street | | | | |
| City       State    ZIP Code | | | | |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number (if known) 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City            State      ZIP Code | | | | |

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ | | Court Name | ☐ Pending |
| _____ | | _____ | ☐ On appeal |
| | | Number      Street | ☐ Concluded |
| Case number _____ | | City      State   ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number      Street | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City      State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 4

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑No

☐Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City         State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑No

☐Yes

<div style="background:#ccc"><strong>Part 5:</strong> List Certain Gifts and Contributions</div>

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑No

☐Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑No

☐Yes. Fill in the details for each gift or contribution.

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Debtor 1    J Anthony     Bakaleinikoff     Case number *(if known)* 6:20-bk-10253

     First Name    Middle Name    Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |

---

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Lake Forest Bankruptcy<br>Person Who Was Paid | Attorney's Fee | | |
| Po Box 515381<br>Number   Street | | 1/13/2020 | $1,500.00 |
| Los Angeles, CA 90051-6681<br>City   State   ZIP Code | | | |
| avaesq@lakeforestbkoffice.com<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| | | _____ | _____ |
| _____ Number    Street | | _____ | _____ |
| _____ | | | |
| _____ City        State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number (if known) 6:20-bk-10253 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| Number    Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other _____ | | |
| City        State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No |
| | | | ☐ Yes |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No |
| | | | ☐ Yes |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 9:  Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | Number    Street | | |
| Number    Street | City              State      ZIP Code | | |
| City              State      ZIP Code | | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | Governmental unit | | |
| Number    Street | Number    Street | | |
| City              State      ZIP Code | City              State      ZIP Code | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

Debtor 1   J Anthony         Bakalelnikoff           Case number (if known) 6:20-bk-10253
           First Name   Middle Name   Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Name of site            Governmental unit

Number   Street         Number   Street

                        City         State   ZIP Code

City         State   ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title _____                                    ☐ Pending
                        Court Name                         ☐ On appeal
_____                                               ☐ Concluded

                        Number   Street

Case number _____

                        City         State   ZIP Code

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| Tony B's Auto Transport
Name | Self-Employed Trucker | EIN: 3 6 – 4 7 1 1 4 8 9 |
| Number   Street | Name of accountant or bookkeeper
Steve Olmsted | Dates business existed
From 1/1/2005   To 12/1/2016 |
| City         State   ZIP Code | | |

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

Date Issued

Diane Martin                                    11/1/2019
Name                                            MM / DD / YYYY

10630 Town Center Dr,
Number    Street


Rancho Cucamonga, CA 91730
City              State    ZIP Code

Lawyers Realty Group                            11/1/2019
Name                                            MM / DD / YYYY

110 Newport Center Drive, Suite 200
Number    Street


Newport Beach, CA 92660
City              State    ZIP Code

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | | Case number (if known) 6:20-bk-10253 |
|----------|-----------|---|---------------|---|----------------|
| | First Name | Middle Name | Last Name | | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____

Signature of J Anthony Bakaleinikoff, Debtor 1          Signature of

Date 01 / 27 / 2020          Date _____

**Did you attach additional pages to your** *Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | J Anthony | | Bakaleinikoff |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:        Central District of California

| Case number | 6:20-bk-10253 |
|---|---|
| (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☑ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income        12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1.  What is your marital and filing status? Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

☑ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2 | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | | | $1,230.27 | $1,984.89 |
| 3 | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | | | $0.00 | $0.00 |
| 4 | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | $0.00 | $0.00 |

| 5 | Net income from operating a business, profession, or farm | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| | Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| | Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| 6 | Net income from rental and other real property | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| | Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| | Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| 7 | Interest, dividends, and royalties | | | $0.00 | $0.00 |
|---|---|---|---|---|---|

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6

| Debtor 1 | J Anthony | | Bakaleinikoff | Case number *(if known)* 6:20-bk-10253 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | Unemployment compensation | $0.00 | $0.00 |
| | Do not enter the amount if you contend that the amount received was a benefit under | | |
| | the Social Security Act. Instead, list it here: ...................................... ↓ | | |
| | For you.................................................................... $0.00 | | |
| | For your spouse....................................................... $0.00 | | |
| 9. | Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |
| 10. | Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |

| | Column A | Column B | |
|---|---|---|---|
| Total amounts from separate pages, if any. | + | + | |
| 11. Calculate your total current monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $1,230.27 | + $1,984.89 | = $3,215.16 |
| | | | Total current monthly income |

## Part 2: Determine Whether the Means Test Applies to You

12. Calculate your current monthly income for the year. Follow these steps:

    12a. Copy your total current monthly income from line 11.................................................    Copy line 11 here → $3,215.16

    Multiply by 12 (the number of months in a year).    x 12

    12b. The result is your annual income for this part of the form.    12b. $38,581.92

13. Calculate the median family income that applies to you. Follow these steps:

    Fill in the state in which you live.    California

    Fill in the number of people in your household.    3

    Fill in the median family income for your state and size of household..................................................    13. $86,665.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. How do the lines compare?

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _J Anthony Bakaleinikoff_      X _____
    Signature of Debtor 1             Signature of Debtor 2

Date 01 / 27 / 2020             Date _____
    MM/DD/YYYY                    MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Doc ID: 67b053b1f216414f6747efc33823a90c67f56ff6